**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GRANT SMOOT**                                                                                **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-00718 KGB**

**AMAZON.COM SERVICES, LLC**                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 15).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal.  The action is dismissed with prejudice.  The Court denies as moot defendant Amazon.com Services, LLC's motion to dismiss (Dkt. No. 6).

It is so ordered this 10th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge